(INND Rev. 8/16)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

NOV 13 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Brian Timothy Backer, M,Mus.
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Peter Buttigieg
[The **DEFENDANT** is who you are suing. Put *ONE* name on this line. List *ALL* defendants below, including this one.]

Case Number __3:18cv 916__
[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Peter Buttigieg, Mayor City of South Bend | 731 S. Lafayette, South Bend, IN 46601 |
| 2 | [Put the names of any other defendants in these boxes.] George Backer | 301 Willow Bend Drive LaPorte, IN 46350 |
| 3 | WSMK-FM | 425 ~~Pike Road,~~ N 11th St., Niles MI |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? __6__

2. What is your address? __334 Tonti Street, South Bend, Indiana 46617-1149__

3. What is your telephone number: (574) 520-1565 (line compromised)

4. Have you ever sued anyone for these exact same claims?

   ◯ No.

   ⊗ Yes, attached is a copy of the final judgment *OR* an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)                                                                                      page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Brian Timothy Backer, M.Mus.
[You are the **PLAINTIFF**, print your full name on this line.]

v.

RAYBSHOTZ
[*The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number __3:18CV916__
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*]  RAYBSHOTZ | Unknown (Spotify notice only, computers down) |
| 2 | [*Put the names of any other defendants in these boxes.*]  Doris Pelz-Sherman | 338 Tonti Street, (?) South Bend, IN 46617 |
| 3 | David K Barton | 903 Sherman Ave, South Bend |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __6__

2. What is your address? __334 Tonti Street, South Bend, IN 46617-1149__

3. What is your telephone number: (~~36~~ 574) 520-1565 (line compromised)

4. Have you ever sued anyone for these exact same claims?

⭕ No.

☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am a 57 y.o. disabled male who is the sole proprietor of four d/b/a's. I am a composer, politist, businessman, poet, a political theorist, cf. http:// backwordsrecordinjs.com - I am a Blakean Catholic. I have been a de facto political prisoner since my publication in 1993 of an article in the Indiana Daily Student critical of "Bill" Clinton. I have been blocked from employment, educational opportunities and access to the markets and trapped within a cyber-shell and "surveillance house" since 2008. My works, life, speech, and computer activities have been harvested and relayed to entertainment industry concerns which convert that data, information, and proprietary information into intellectual properties and derivative products while I am pinned in near-poverty and subjected to anti-competitive practices (email filtering, reputation and

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

finacial sabotage and intimidation such as police and telephone harassment.)

2. Pei Shen, CCP (Shgampei) "born" in PR China, and I had to marry over a classified channel by proxy because of threats and sexual intimidations under color of law. Her whereabouts are unknown.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☒ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

1) Injunctive relief from communications, threats to housing and financial support, "lockdown" and 2) payment of loss and damages connected to the "Tim Backer, Phase Innocence" project and to the well-financed "psy-op" targeting myself and Pei, 3) Guarantees of safety. Block sale of purloined or derivative products.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

BTB I will promptly notify the court of any change of address.

BTB I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    11/13/2018
Signature                                                         Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]